The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

AUSTIN MICHAEL GIGER,

Defendant.

CASE NO.  MJ23-476

COMPLAINT for VIOLATIONS

Title 18, United States Code, Sections 922(g)(1) & 641

BEFORE, the Honorable S. Kate Vaughan, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT ONE

### (Unlawful Possession of Ammunition)

On or about August 28, 2023, in Whatcom County, within the Western District of Washington, AUSTIN GIGER, knowing that he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

Complaint - 1
*United States v. Giger*/ USAO 2023R00942

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      i.     *Burglary in the Second Degree*, in the Circuit Court of the State of Oregon for the County of Washington, under case number 23CR09386, on or about April 10, 2023;

      ii.     *Unauthorized Use of a Vehicle*, in the Circuit Court of the State of Oregon for the County of Washington, under case number 23CR09386, on or about April 10, 2023;

      iii.     *Criminal Mischief in the First Degree*, in the Circuit Court of the State of Oregon for the County of Washington, under case number 23CR09386, on or about April 10, 2023; and

      iv.     *Criminal Mischief in the First Degree*, in the Circuit Court of the State of Oregon for the County of Washington, under case number 23CR02101, on or about April 10, 2023.

did knowingly possess, in and affecting interstate and foreign commerce, ammunition, that is: multiple rounds of .223 Caliber Ammunition, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

### (Theft of Government Property)

On or about August 28, 2023, in Whatcom County, within the Western District of Washington, AUSTIN GIGER willfully and knowingly did steal and purloin things of value of the United States and a department and agency thereof, of a value exceeding $1,000, that is, certain items taken from the United States Customs and Border Protection Kenneth G. Ward Port of Entry.

All in violation of Title 18, United States Code, Section 641.

And the complainant states that this Complaint is based on the following information:

I, Special Agent Jesse Miller, being first duly sworn on oath, depose and say:

Complaint - 2
*United States v. Giger*/ USAO 2023R00942

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# INTRODUCTION

1.  I am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), assigned to the Assistant Special Agent in Charge (ASAC) Blaine, Washington, field office.  I have been employed as an HSI Special Agent since 2001.  In my capacity as a Special Agent, I am responsible for conducting investigations into the numerous federal laws enforced by HSI.

2.  The facts set forth in this Complaint are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.  I have not set forth each and every fact known to me as a result of this investigation but only those facts I believe necessary to establish probable cause to conclude that AUSTIN GIGER committed the offenses charged in this Complaint.

# SUMMARY OF THE INVESTIGATION

3.  On August 28, 2023, at approximately 0056 hours, United States Border Patrol Agents J. Orr and D. McMann responded to the United States Customs and Border Protection (CBP), Kenneth G. Ward Port of Entry, located near Lynden, Washington regarding an office alarm that had been triggered.  The Port of Entry is closed from 12:00 a.m. to 8 a.m. every day.  Upon arrival at the Port of Entry, Agent Orr observed an individual inside one of the CBP buildings.  Agent Orr saw the individual duck down behind some cubicles out of his view.  Agent Orr contacted dispatch to inquire whether any individuals were supposed to be inside the buildings, and communication from dispatch stated no one was supposed to be inside or near any of the buildings.

4.  Agents Orr and McMann contacted an individual, later identified as AUSTIN MICHAEL GIGER, who was standing near the concrete barriers on the east side of the Port of Entry, just on the Canadian/U.S. Border.  GIGER was wearing a CBP issued

jacket with CBP body armor, and carrying an additional CBP body armor with a different nametag than the one he was currently wearing.  Agent McMann questioned GIGER to whether he had any identification or a badge to confirm his identity.  GIGER pointed at the badge on his uniform and claimed to be a CBP Officer.  Agent McMann noticed GIGER was very abrupt with his answers and appeared to be disheveled during the conversation.  Agent McMann then asked GIGER to approach him and through further questioning confirmed that GIGER was not a CBP Officer.  GIGER presented an Oregon identification card.  Record checks revealed that GIGER has an extensive criminal history.  Agent McMann and Agent Orr detained GIGER for further investigation and requested assistance from the Whatcom County Sheriff's Office.  A search of GIGER revealed a can of CBP issued OC spray, a fully loaded rifle magazine, and a CBP service radio.

5.   Whatcom County Sheriff Deputies (WCSO) arrived at the scene.  Whatcom County Deputy Sheriff D. Shelton with body camera activated read GIGER his constitutional rights upon arrival and before questioning.  After being *Mirandized*, GIGER stated that he entered through a door of the building and began taking things that he needed to protect himself.  GIGER stated he believed he was in a zombie apocalypse. GIGER admitted to taking all the items listed below.  In addition, GIGER admitted that he jiggled the locking mechanism on a rifle stand in an attempt to obtain the fully automatic M-4 rifles within the building.  GIGER admitted to taking a magazine for those rifles with live ammunition pre-loaded inside.

The items stolen by GIGER include:

- CBP Ballistic Vest
- CBP Ballistic vest
- CBP Motorola Radio
- CBP Jacket
- 1 Can of OC Spray

Complaint - 4
*United States v. Giger*/ USAO 2023R00942

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- M-4 Ammunition Magazine
- .223 Caliber Ammunition

6. The total value of the items stolen by GIGER exceeded $5,000.00.

7. Photos of all stolen items were taken prior to returning the equipment to CBP. WCSO arrested GIGER on state charges and transported him to the Whatcom County Jail. On the way to the jail, GIGER stated that he had crossed into Canada near Sumas through the woods and had been in Canada most of the day. GIGER stated he then crossed the border south into the United States at the port of entry.

8. I have reviewed GIGER's criminal history and observed he has multiple felony convictions punishable by a term of imprisonment exceeding one year, each of which would federally prohibit him from possessing ammunition. Those convictions are:

i. *Burglary in the Second Degree*, in the Circuit Court of the State of Oregon for the County of Washington, under case number 23CR09386, on or about April 10, 2023;

ii. *Unauthorized Use of a Vehicle*, in the Circuit Court of the State of Oregon for the County of Washington, under case number 23CR09386, on or about April 10, 2023;

iii. *Criminal Mischief in the First Degree*, in the Circuit Court of the State of Oregon for the County of Washington, under case number 23CR09386, on or about April 10, 2023; and

iv. *Criminal Mischief in the First Degree*, in the Circuit Court of the State of Oregon for the County of Washington, under case number 23CR02101, on or about April 10, 2023.

I have reviewed the judgments for these convictions. They state that the charges are felonies.

### **CONLUSION**

9. Based on the above facts, I respectfully submit that there is probable cause to

Complaint - 5
*United States v. Giger*/ USAO 2023R00942

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

believe that AUSTIN GIGER has committed the crime of Unlawful Possession of Ammunition, in violation of Title 18, United States Code, Section 922(g)(1) and Theft of Government Property, in violation of Title 18, United States Code, Section 641.

JESSE D MILLER
Digitally signed by JESSE D MILLER
Date: 2023.09.21 14:37:50 -07'00'

JESSE MILLER, Complainant
Special Agent, HSI

Based on the Complaint and Affidavit sworn to me by telephone, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 25th day of September, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

Complaint - 6
*United States v. Giger*/ USAO 2023R00942

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970